IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| STACY A. MONTGOMERY, | : CASE NO. 25-13649 DJB |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME<br>: November 20, 2025 @ 9:30 a.m. |
| MOVANT, | |
| V. | |
| STACY A. MONTGOMERY, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 14 |

**<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN</u>**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on November 12, 2025 by:

**25-13649-djb Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MATTHEW K. FISSEL on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

BRAD J. SADEK on behalf of Debtor Stacy A Montgomery
brad@sadeklaw.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;
michael@sadeklaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-13649-djb Notice will not be electronically mailed to:**

EXECUTED ON: November 12, 2025

          By:    /s/Jonathan W. Chatham
                   Jonathan W. Chatham
                   Deputy Chief Counsel
                   PA Department of Revenue
                   Office of Chief Counsel
                   P.O. Box 281061
                   Harrisburg, PA 17128-1061
                   PA I.D. # 209683
                   Phone: 717-783-3673
                   Facsimile: 717-772-1459