**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Stacy A Montgomery

                Debtor(s)

LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns

                Movant

        vs.

Stacy A Montgomery

                Debtor(s)

Kenneth E. West

                Trustee

CHAPTER 13

NO. 25-13649 DJB

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about October 31, 2025.

Dated: February 23, 2026

                Respectfully submitted,

                /s/Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stacy A Montgomery<br>                         **Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>                         **Movant**<br>         **vs.**<br><br>**Stacy A Montgomery**<br>                         **Respondent(s)** | CHAPTER 13<br>BK. NO. 25-13649 DJB |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Praecipe to Withdraw was served by first class mail, postage pre-paid, upon the parties listed below on **February 23, 2026**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Brad J Sadek  (via ECF)
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Stacy A Montgomery
129 E. Turnbull Avenue
Havertown, PA 19083

Date: February 23, 2026

By: /s/ Matthew Fissel
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com