IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| STACY A. MONTGOMERY, | : CASE NO. 25-13649 DJB |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : April 2, 2026 @ 9:30 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| STACY A. MONTGOMERY, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 30 |

**CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned

pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's

Proposed Chapter 13 Plan, on the parties at the below addresses, on March 23, 2026 by:

**25-13649-djb Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MATTHEW K. FISSEL on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

BRAD J. SADEK on behalf of Debtor Stacy A Montgomery
brad@sadeklaw.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;
michael@sadeklaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**25-13649-djb Notice will not be electronically mailed to:**

EXECUTED ON: March 23, 2026

By:   /s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459