United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-13649-djb

Stacy A Montgomery                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Jun 04, 2026                    Form ID: 155                    Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacy A Montgomery, 129 E. Turnbull Avenue, Havertown, PA 19083-2418 |
| 15051265 | + | Lakeview Loan Servicing, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15049068 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15049072 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15049074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:30:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15049073 | + | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15049075 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15049076 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 00:30:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15049077 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 00:24:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15049065 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15060345 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2026 00:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15050990 | ^ | MEBN | Jun 05 2026 00:20:55 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15072462 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15049078 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 05 2026 00:24:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15065991 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15049066 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15049495 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Jun 04, 2026                       Form ID: 155                                   Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15049069 | ^ MEBN | | Jun 05 2026 00:21:08 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15049071 | + Email/Text: bankruptcy@philapark.org | | Jun 05 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15049079 | Email/Text: bncmail@w-legal.com | | Jun 05 2026 00:24:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15049070 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | | Jun 05 2026 00:24:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15049067 | ^ MEBN | | Jun 05 2026 00:20:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15049556 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Jun 05 2026 00:30:23 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15054561 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Jun 05 2026 00:24:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15074983 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

BRAD J. SADEK
    on behalf of Debtor Stacy A Montgomery brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Jun 04, 2026

Form ID: 155

Total Noticed: 24

MATTHEW K. FISSEL

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        )
 Stacy A Montgomery    )   Case No. 25–13649–djb
          )
          )
 Debtor(s).       )   Chapter: 13
          )
          )

## **ORDER CONFIRMING PLAN UNDER CHAPTER 13**

 **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

 **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

 **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 4, 2026        For The Court

             Derek J Baker
             Judge, United States Bankruptcy Court